IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY CAPITAL GROUP, INC., a California corporation, NATIONAL MONEY MAN 4 CASH ADVANCE, LLC, a Texas corporation, and JOHN F. GUILLORY, an individual,<br><br>Defendants. | 8:19CV177<br><br>ORDER |

Pursuant to the Notice of Settlement (Filing No. 9) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **November 4, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. If the parties are unprepared to dismiss the case on **November 4, 2019**, they shall file a status report concerning the status of settlement, and every 90-days thereafter until a dismissal is filed;

3. Absent compliance with this order, this case may be dismissed without further notice; and

4. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 6th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge